No. 463. BERKOWITZ *v.* ILLINOIS. Decided December 5, 1938. *Per Curiam:* The motion of the appellee to dismiss the appeal is granted and the appeal is dismissed for the want of a properly presented federal question. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). *Farney* v. *Towle,* 1 Black 350; *Capital City Dairy Co.* v. *Ohio,* 183 U. S. 238, 248; *Harding* v. *Illinois,* 196 U. S. 78, 86, 88; *Mackesy* v. *Maine, ante,* p. 570. *Mr. Wm. Scott Stewart* for appellant. *Mr. Otto Kerner,* Attorney General of Illinois, for appellee.

No. 475. WATCH TOWER BIBLE AND TRACT SOCIETY ET AL. *v.* BRISTOL ET AL. Decided December 5, 1938. *Per Curiam:* The decree is affirmed. *In re Sawyer,* 124 U. S. 200, 210, 211; *Fenner* v. *Boykin,* 271 U. S. 240. *Mr. O. R. Moyle* for appellants. No appearance for appellees.